USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _March 22, 2021_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------  x
:
**LADONNA JACKSON-LIPSCOMB,**    :
:
**Plaintiff,**    :     **17-CV-10093 (ALC) (KNF)**
:
-against-    :     **ORDER**
:
**CITY OF NEW YORK ET AL.,**    :
:
**Defendants.**    :
-----------------------------------------------------------  x

**ANDREW L. CARTER, JR., United States District Judge:**

     Plaintiff has received nine extensions of time to oppose Defendants' motion for summary judgement in this matter. After Defendants filed their reply supporting their motion for summary judgment, Plaintiff then filed an unfinished memorandum of law opposing Defendants' motion for summary judgement. (ECF No. 192.) Four days later, on November 17, 2020, Plaintiff filed a presumably finished memorandum of law opposing Defendants' motion that failed to comply with my Individual Rules regarding page limits. (ECF No. 194.) This is unacceptable. The Court acknowledges Plaintiff's medical issues that she cites in her letter to the Court (ECF No. 196); however, Plaintiff's counsel must comply with the Court's Orders.

     While Defendants urge the Court to not consider Plaintiff's memorandum of law in opposition to the motion for summary judgment (ECF No. 193), the Court shall give Plaintiff's counsel the opportunity to properly oppose the motion on behalf of her client.

1

2

Accordingly, as Defendants have not received a full and fair opportunity to reply to Plaintiff's opposition, the Court denies the motion for summary judgment without prejudice. (ECF No. 163.) Defendants shall refile their motion by April 19, 2021. Plaintiff shall oppose the motion by May 17, 2021. Plaintiff is advised that the Court's Individual Rules set a 25-page limit for oppositions. Plaintiff shall conform her opposition to the Court's Individual Rules. Defendants shall submit their reply by May 24, 2021. This is a Court Order, and Plaintiff's counsel shall comply.

**SO ORDERED.**

**Dated**:   March 22, 2021
        New York, New York

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**